Good morning, our first case today is 2018-2213 Google versus, oh you're gonna test me here, Klonk, Klonk, how do I say it? Philips is fine, your honor. Huh? Philips is fine. Philips, okay. Thank you. But do we say Koninklijke or Koninklijski. All right. Okay, Mr. Krinsky, please proceed. Thank you, your honor. May it please the court. This anticipation case hinges on the meaning of a single claim limitation, the high pass filter. There's no dispute in this limitation of the challenged claims is met by the prior Tucker system. There's also no dispute about the operation of the Tucker system. The dispute hinges on what are the requirements for something to be a high pass filter and not withstanding a seemingly agreed set of words to describe that operation, the from Google. Now do you think your disagreement is one of claim construction or one of substantial evidence for anticipation? I think it's one of claim construction, your honor. The reason for that is that there really is no dispute about the accused system. This is not a case where a fact finder is asked to figure out, you know, how exactly do we meet some particular standard. Okay, the board construed a high pass filter as a device or program sequence that transmits frequencies above a given cutoff frequency and substantially attenuates all others. I happen to have once been an electrical engineer. That seems like a very reasonable and sound definition to me. If you said your problem is one of claim construction, what is your problem with that claim construction? The problem with the claim construction is twofold, your honor. One is that the the board in applying that claim construction insisted that a look beyond the inputs and the outputs to the filter, which is what defines the filter, and insisted that in order to qualify as a high pass filter, a filter needs to work outside of the context of the the prior art system. Every single input that the filter in Tucker receives is attenuated in the low band and is transmitted in the upper band. And this requirement that it, you know, it would work if it were plucked out of that environment and put into some other is a question of claim requirements for something to be a high pass filter. The other claim construction aspect of this, I'm sorry your honor, I didn't mean to cut you off if you had a question. No, it's just that Tucker seems to me to disclose a low pass filter, does it not? Tucker discloses a filter that internally includes... Do they actually call it a low pass filter? They do not. They don't? They do not. The relevant disclosure in Tucker is of a interpolate and reflect step. The parties are in agreement that the second step of the interpolation is a... Are you talking about the reflector? Well, it's actually the second half of interpolation and the reflection taken together are a filter. If your honor looks at a appendix 5141, that's the figure 2 of Tucker as annotated by our expert witness. And everyone agrees that the box 26 in Tucker consists of an upsample step, a low pass filter step, and a reflection step. The question is whether the low pass filter... Did you say a low pass filter step? I did. The low pass filter step and the reflection step taken together work as a high pass filter and that's the fundamental dispute here, is whether something ceases to be a high pass filter. Well, I guess what we're trying to understand about Tucker is first you upsample some noise signal, right? Yeah, noise signal that's been shaped with high frequency signals. Right, but you upsample it. Correct. And then you get rid of the high frequency components from 4 to 8 Hz. Well, the input to this pair of components, the low pass filter and reflection step that we have to look at together, the input to that is a 0 to 4 band and the 4 to 8 band. Right, but the 4 to 8 band, whatever is in the 4 to 8 band gets wiped out by the low pass filter in processor 26 of Tucker, is that right? Internally to the filter, that's right, but what comes out of the filter is the desired 4 to 8 signal. But I guess, as I understood the board decision, the board was concerned that the high band components are not being preserved through processor 26. The low band components are being preserved and ultimately getting reflected up into the high band, right? Is that an accurate understanding of what's going on in Tucker? I think that's an accurate understanding with the important addition that, by the way Tucker is designed, the low band and the high band components are identical. And the order to meet the definition of high pass filter, transmit connotes that at every internal step, the high band still be in the high band. Couldn't Tucker be understood as a low pass filter in the sense that what is being preserved are the frequency components in the low band. They're getting transferred into the high band I understand, but the content of the low band is what's ultimately preserved and being outputted by processor 26. Is that correct? No it isn't, because the low band signal is not being output by processor 26. That's the key point here. The processor 26, after the upsampler... Well, it's getting reflected. The content of the low band is getting reflected into the high band. Is that right? That is how the processor works internally, that's what is being outputted is whatever the content was in the low band. It's being outputted in the high band, but it comes from the low band. I'm trying to understand how it works and if you want to characterize it however you want to characterize it, that's fine, but I just want to make sure I understand the internal operations of processor 26 and Tucker. Certainly. The internal operations of processor... What did I say that was wrong about the internal operations of Tucker? You didn't say anything that was wrong. The one thing though that's important to understand is that mathematically the low band and the high band at the input point to the filter are absolutely identical and so there's no way looking at the output to see was this the content of the low band or was this the content of the high band. It's exactly the same. What you have is a input signal that spans 0 to 8 kilohertz. It so happens that for every input, no matter what your voice signal is, the 0 to 4 and the 4 to 8 will be mirror images of one another and what comes out is attenuated from 0 to 4 and present from 4 to 8 and that by definition is a high-pass filter. It has transmitted the high frequency signal and it is attenuated the low frequency signal. That meets the literal wording of the claim construction. Do you have any understanding of why Tucker didn't just use a high-pass filter to the upsampled signal and instead it took this really elliptical circuitous route by electing to use a low-pass filter and then reflecting the content of the low-pass filter into the high band when I agree with you the result is the same but it just seems like so much bigger of a waste of time and devices to do it that way. The record doesn't reflect why it was designed that way and the only thing I can point to is that box 32 consists of an upsampler followed by a low-pass filter because when reconstructing the low band signal you want it in the lower band and it may well be that there was some ability to reuse code or you know some inefficiencies in how the system was designed. I don't think the operation of low-pass filtering and reflecting versus high-pass filtering in one step is a very material difference when it comes to the computational efficiency. I mean it's elliptical but it's not so to an engineer designing the system. This is the best I have for your honor. I think part of the dispute here too is hinges on this word transmit in the definition. I mean I think what the board got hung up on was the notion that the high band signal is being transmitted across the box 26 when internally it is attenuated and then reflected but transmit in this part is just sending. It's all focused on not on what happens inside the box, not on whether anything is passed through without modification internally, but defined based on the inputs and the outputs. And that's why again I characterize this as a claim construction dispute. In a way it's a claim construction dispute about the meaning of the claim construction. But this is in the context of a transmitter and receiver system. Transmit in the claims themselves does not mean take a signal don't do anything to it at all internally and emit it again. It is focused on what is the output, what is emitted at the end of the box. And both within the sort of intended function in the Tucker device and within the meaning of the claims within the four corners of the claim construction the board adopted. That is defined solely based on what are the inputs, what are the outputs. The inputs here is a high frequency signal that's present in the upper and the lower band. The output is a high frequency signal present only in the upper band and attenuated to the lower band. That is by definition a device or programming sequence that transmits frequencies above a given cutoff frequency and substantially attenuates all others. That's why we see this as meeting the claim construction within the four corners of how it was articulated. But apparently there was a lurking dispute that those words didn't resolve and the board imported this additional requirement that this filter, if you gave it some signal that wasn't mirror imaged, would still function. And there's no basis for that because it never received such a signal. This is a single reference anticipation case. There's no question of whether this was combined with some other component and still worked the same way. It is a filter that always receives the high frequency signal in both the upper and lower band. And the goal is to put it only in the high band so that you have a nice clean essentially blank slate in the 0 to 4 kilohertz range that you can then put together with the 0 to 4 kilohertz low band that the other part of Tucker has reconstructed. Am I correct in arguing and understanding that your purely anticipation? Yeah, Your Honor, we saw this as an anticipation case in the original petition until this issue bubbled up. And once it did, Phillips had every opportunity to and did respond to it, but this exact argument was not in the petition because no one ever saw this as a limitation that was missing. It isn't missing. I see on... Okay, do you want to save the remainder of your time for the court? Good morning. May it please the court. What Google proposes here on appeal is a rejection of a comparison of the actual structures, the structure claim, the high pass filter, and the structures taught in the prior art, a low pass filter and reflector. Instead, what Google proposes is a results-oriented analysis. Google argues that two different structures should be assumed to be the same if they ultimately get to the same end result. But this results-oriented analysis is improper for several reasons. First and foremost, this is what audio encoding systems do. They ultimately get to the same result. An audio encoder system will take input sounds such as voice, which is typically in the 0 to 8 kilohertz range. It will digitize it, code it, transmit it, and on the receiver side, the decoder will decode it and ultimately recreate the right sounds. When we're looking at the Boxer processor 26 and Tucker, we're looking at the ultimate output. And Google's argument is, well, the ultimate output is the same. Well, of course it's the same. It's an audio encoder. It should ultimately get the same sound coming out at the end. What makes one audio encoder different from another audio encoder are the things that happen in between the input and the output, the structures inside the box. We open it up. We see what's inside. Is it an LPC encoder? Is it a low-pass filter? Is it a high-pass filter? Then it ultimately gets the same answer. It's basically saying that the encoder and decoder work. But what makes one different from the other are the internal structures. Google asked this court to close... So it's basically your argument that I can eat my corn with a fork or a spoon and in both cases it gets to my mouth, but that doesn't make a fork. More or less, yes. Do you have much more that you need to say? Probably not, Your Honor. You have an embodiment in your specification that uses a low-pass filter in order to accomplish the high-pass filter function. Is that right? In part, yes, Your Honor. So doesn't that kind of open the door to possibly considering the possibility of a low-pass filter satisfying the high-pass filter limitation? Well, the question is the claim construction. The claim construction is quite simple for high-pass filter. It has to do two things. It has to attenuate the low-frequency and transmit or pass through the high-frequency. And what the board found is that there are different ways to do that. It doesn't have to be a one-step filter. It can be a multi-step filter. And the embodiment you're referring to, which is shown in Figure 2, does a multi-step filter. In subband encoding, you have to take out the low-frequency and take out the high-frequency and you code those two things differently. What's going on in Figure 2 is there's a low-pass filter because we have to take out that low-frequency and encode it. And basically what's happening there is a designer high-pass filter. In addition to taking out that low-frequency and using it for coding the low-frequency, it says, hey, we can just take that, loop it back around, and subtract it out of the full 0 to 8 kilohertz signal. So what's going on as far as a high-pass filter is that subtractor 20, 29, or 28. And basically they're saying what's transmitted is a high-frequency and we're subtracting out the low-frequency. So it's still transmitting high, attenuating low. It happens that it's building a sort of designer high-pass filter on the fly rather than using a pre-built one based on the internal. But even under that situation, it meets the claim construction. So regardless of whether a low-pass filter or however you're going to function to make your signal, the question is, do you transmit this? Do you miss it? In Tucker, you are attenuating the high-frequency and you are converting the low-frequency. So the two things that are required are high-pass filter are simply missing in Tucker. Does that answer your question, Hunter? Sure. I'm happy to explain more if that's not... No, I was just thinking about Judge Moore's analogy. Keep going. Judge Chen's trying to wrap his head about the idea of which one is the high-pass and which one is the low-pass. The spoon or the fork? Do you have any ideas? Maybe your spec discloses a spork. Well, I mean, the question really is, it could be anything. It could be, is there a spark plug in a particular engine? You know, just because the car works doesn't mean there's a spark plug inside. You have to look inside, take that thing out, and say to a mechanic, is this a spark plug? If we were to go into Tucker and take out the combination of low-pass filter and the reflector and show it to a person who is killing the art, they say, no, that's not a high-pass filter because it's not going to high-pass filter the proper information if it's used. What Google's saying is keep that thing in the box, keep it closed, don't look at it, look at just what comes out. But if it's a proper audio encoder, what's going to come out is something the 4 to 8 kilohertz range to replicate what was just originally input. It's not raised in this case in the petition that this element, the high-pass filter and the final element of the claim, is obvious in light of what's disclosed in Tucker. But nonetheless, it seems like it might be since what's in Tucker is a more complicated way to create something that functions like a high-pass filter even though it's not a high-pass filter. So given that high-pass filter is sort of an off-the-shelf product that most electrical engineers would know and that what's disclosed in Tucker seems to be a slightly more complex version of achieving the same result, why wouldn't it be obvious? First of all, with respect to that, the patent describes what the benefit is over systems like Tucker. They're trying to obtain a computational benefit. The inclusion of the high-pass filter is an ultimate result of what they're trying to achieve. What is the benefit of using a high-pass filter rather than a low-pass filter and a reflector? What does the patent say? The patent says, and this is in the 27, column 2, says that thanks to the properties of LPC coding, a high-pass filter is sufficient and it is not necessary to apply downsampling. Since the high-pass filter and the low-pass filter both require little computational capacity and a downsampler is admitted, the total required computation capacity is reduced. Because it's cheaper. It's easier, and I'll explain that a little bit more. It actually consumes less bandwidth? It's computational capacity. I don't know. Probably less bandwidth, but yeah. So, do you understand why Tucker, this question that was asked of your opposing counsel, why Tucker used this Rube Goldberg-ish or seeming process when it would seem more conventional simply to use the high-pass filter? I agree with counsel. It wasn't really developed in the record, but I'll explain to you my understanding and I'll point to places in the record that will support that. Typically, when you're talking about downsampling, what you have is a frequency range, and typically, just to be clear, what's claimed here is a subband encoder, meaning it codes the 0-4 and the 4-8 differently. Oftentimes, when you're using downsampling, you have a full 0-4 or 0-8 or whatever the range is, and you're taking that full 0-8 and you're compressing it down to 0-4. Now, on the other side, you upsample. An upsample is basically just stretching out that signal. It's adding in little points in between to get it back up. You're interpolating. You're interpolating, exactly. Now, if you have a 0-8 kHz signal, you compress it to 0-4, you stretch it back out, it looks exactly the same. It's going to look 0-8. And you get what are called ghost images in the next band, because you completely stretch it out, the 0-8 looks correct, but now there's a mirrored image in the 8-16 and then mirrored in 16-32. And that's described in the appendix at 42-90. In subband encoding, it's a little bit more complicated because you're only putting into that downsampler a 4-8 kHz range. So when interpolation processes normally work, they're compressing 0-8 and then expanding back out 0-8. In this system, you're putting in 4-8, compressing it to 0-4, and then expanding it back out. Now you have a 0-8 signal, but that wasn't the original signal. The original signal was 4-8. You're actually getting a ghost below what you wanted and above what is wanted. An interpolation process in general is simply expanding and usually using a low-pass filter. In the example I gave, if you're doing a full 0-8, your low-pass filter is going to cut off at 8 because your ghosts are above that. They are 8-16, 16-32. In this system, if you're using an interpolator, and again, what is disclosed in Tucker is just an interpolator process. Inside an interpolator, there is upsample low-pass filter. Normally, that low-pass filter is just going to cut off the ghost above and leave you what's there. But if you're going to do that here, you're going to have the wrong answer. If you make your cutoff frequency 8, you're going to have a 0-8 frequency range when the input was only 4-8. If you do 0-4, you're only going to have the low frequency. So... Is the input really 4-8 in this example? I know you're... No. You're using a noise signal to replace what was in the original input signal. Sorry, Your Honor. So you're using a noise signal from 0-4 as a stand-in that you ultimately shape and amplify to best approximate what the input signal from 4-8 looked like. What I'm talking about, Your Honor, is the downsampling. That takes place on the transceiver side. So originally, you're downsampling a 4-8 signal, LPC coding that. So when I'm talking about you're originally starting with a 4-8, I'm talking on the receiver side where the downsampling occurs. Downsampling occurs on the receiver. Upsampling occurs on the transmitter. And the upsampling occurs on the receiver side. So we're talking about those two things. You're getting a ghost where normally if you had a full 0-8 kHz signal, you wouldn't have a ghost. You'd have the right signal. But because you're only doing a band above 0, you're going to get something that is different. It has this mirrored image below. So if you use a typical interpolator with a low-press filter, you're going to get the wrong thing. And that's why they do it that way. What the patent says is let's just get rid of all this. Let's not even downsample. Let's not even upsample. We can simplify this whole process if we just take out downsampling, upsampling, and the effect of that is you end up with a high-pass filter in that second decoder. Do you think the claim here excludes the use of upsampling and downsampling? Because I didn't see that in the claim. No, Your Honor. That's not in the claim. That is sort of the – and I know counsel will get up here and say that we're reading in a limitation of excluding a downsampler or an upsampler rather. That's just the context of the broader idea of what the patent is trying to do. It was trying to simplify the overall process. It could simplify on one side by doing all these things. What's claimed is the use of a high-pass filter because, as stated in the patent, high-pass filters really don't require much effort. So if you're taking out basically what's in Tucker, and let's even say – let's not even talk about the upsampling process. There's part of an interpolation process, which is low-pass filter, and the reflection process. Ultimately, they're getting rid of all of that. But even if you look at just part of that, the low-pass filter and reflection, you're basically simplifying what is a problem because you are downsampling and upsampling a band rather than a full 0 to 4, 0 to 8, 0 to 16. So would it work to do that? Yes, it would work if you simply replaced these things with a high-pass filter. But obviously, it wasn't appreciated at the time because this was a developing field. So with respect to that, it was solving what was seen as a problem. There's no indication in the prior art that this problem was recognized or that someone thought you would go about doing it this way. I know that's a long-winded answer to why we believe it wouldn't have been obvious. No, you've given a very good and very detailed technical explanation. I appreciate that. Thank you. Okay, you look like you're wrapping up. I'm happy to discuss anything more. But since we're looking to end at the SPORC analogy, I didn't want to take up too much time if there are not questions. No, no, no. You've done a great job. Thank you very much. Mr. Krinsky, you have some rebuttal time. Thank you, Your Honor. I want to begin by batting back this notion that somehow we're trying to reject the structure of the claims. I mean, this is not a result-driven analysis based on the fact that ultimately the Tucker system creates the correct audio signal. Fundamentally, the purported innovation here is a particular array of structural components that separately encode, as my friend on the other side explained, the low band and the high band. The low band using an off-the-shelf narrow-band encoder and what is in the claims the first decoder. And then the high band using this sequence of components that includes shaping a noise signal using LPC coefficients. The idea being that in the high band, which is harder for the human ear to hear if you're encoding voice, that's good enough. The Tucker system does that, too. And it does it with all of the same components. The only question is whether it's not only just one component, it's the right half of box 26 qualifies as a high-pass filter. The high-pass filter there, to use Judge Moore's analogy, it's like you have an entire place setting. And the question is, is this fish fork? Does it qualify as a fork? And the answer is yes, under the… No, not really, because a low-pass filter, look, I mean, my analogy was there's a high-pass filter and a low-pass filter, and those are two different things. And there's no doubt your expert described what's in that little dotted line box on the right that you're calling a high-pass filter is actually a low-pass filter plus a reflector. That doesn't make it a fish fork. It makes it a low-pass filter. But both the definition and the purpose of the high-pass filter is to take an input signal and output… No, so your response is it functions the same as the spoon or the fork, but it doesn't make it into a fork. The definition is functional, though, Your Honor. The definition is based on whether it transmits the upper frequency band and whether it attenuates the low frequency band. And it does that. Well, it's a device that does that, right? Well, or a sequence of programming steps. I mean, these would typically be implemented in software. And so you have this input data that has the desired signal in the 0 to 4 and 4 to 8 range, and you have an output signal that has the desired signal only in the 4 to 8 range. You have high-pass filtered that signal. You have met the literal wording of the claims, and you have achieved the goal. It's true that you've achieved the function. You just turned a noun into a verb. I mean, forget the forks and the knives and the spoons. You just turned a noun into a verb. You turned a device into a function. It's not just a function. But again, Your Honor, the definition is based on what the inputs and the outputs are. You said we high-pass filtered it. Yes, and we high-pass filtered it with our high-pass filter. I mean, I don't know what words you want me to put in. Except your expert never called it a high-pass filter. He said it was a low-pass filter. That is not correct, Your Honor. Really, his dotted line box says low-pass filter in the form. And it's labeled high-pass filter. Well, right, he labeled it below that. Yes, but he said it's a low-pass filter. But I mean, Your Honor, as Judge Shen pointed out, there are embodiments of high-pass filters that have a low-pass filter as a component. This is just another one. The high-pass filter here uses low-pass filtering internally as the first step. See, none of this sounds like claim construction to me. It all sounds like substantial evidence, and what does Tucker disclose? I know you love to be in the claim construction land because that gets you to a de novo space, but none of what you're arguing is claim construction. All of what you're arguing is whether I should construe that little dotted line box from Tucker as meeting the limitations of a high-pass filter. That's substantial evidence. And with respect, Your Honor, there is no dispute about the dotted line box and its claim construction because the question is, are you importing some other notion of what a high-pass filter really is, or are you applying the functional definition that Phillips itself ultimately proposed? Okay, you're over your time. We thank both counsel for their argument. The case is taken under submission. Thank you, Your Honor.